CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 05 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CAMILLE A. JONES, | Civil Action No. 7:10-cv-00339 |
| Plaintiff, | |
| | **FINAL ORDER** |
| v. | |
| APPLEBEE'S OF VIRGINIA, INC., | |
| | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that this action is **DISMISSED**.

The Clerk is directed to send a copy of this order to Jones' last known address.

**Enter**: August 5, 2011.

UNITED STATES DISTRICT JUDGE